ALICE J. TEICHLER, *ET AL.*, PETITIONERS, v. CURTISS-WRIGHT CORPORATION, RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Clarence F. McGovern* for the petitioners.

*Messrs. Smith, James & Mathias* for the respondent.

October 22, 1956. ▆▆▆▆▆▆

NEW JERSEY HIGHWAY AUTHORITY, PLAINTIFF-RESPONDENT, v. JACOB RUE, Jr., *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Alston Beekman, Jr., Mr. Ralph S. Heuser* and *Mr. Sam Weiss* for the petitioners.

*Mr. Walter Goldberg* and *Mr. Walter L. Smith, Jr.,* for the respondent.